U.S. Department of Justice
Office of the United States Trustee
33 Whitehall St., 21st Floor
New York, New York 10007
(212) 510-0500; Fax (212) 668-2255
Lisa L. Lambert, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
In re                                                    :
                                                         :  Case No. 06-22306 (ASH)
BAYOU GROUP, LLC, et. al.,                               :
                                                         :  (Chapter 11)
                    Debtors.                             :
                                                         :
-------------------------------------------------------- x

## UNITED STATES TRUSTEE'S NOTICE OF APPEAL

The United States Trustee, the movant, appeals under 28 U.S.C. § 158(a) from the Order Denying Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee, which was a final order entered on June 30, 2006, docket entry 49.

The names of the parties to the Order Denying Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| Jeffrey J. Marwil, Custodian | Elise Scherr Frejka<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 649-8734; Fax (212)314-0014<br>Email: elise.frejka@dechert.com |

| | |
|---|---|
| Unsecured Creditors Committee<br>• Silver Creek Capital Management<br>• Bermuda Fund, LLC<br>• Regent University<br>• Woodland Partners, LLC<br>• John Williams | Robert M. Novick<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway, 21st Floor<br>New York, NY 10019<br>(212) 506-1700; Fax (212) 506-1800<br>Email: rnovick@kasowitz.com<br>*And*<br>Richard A. Kirby<br>Preston, Gates, Ellis & Rouvelas<br>1735 New York Ave., Suite 500<br>Washington, DC 20006-5209<br>(202) 661-3750; Fax (202) 331-1024<br>(Proposed joint counsel for the Committee) |
| Eric and Diane Garfinkel | Philip Bentley<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100; Fax: (212) 715-8000<br>pbentley@kramerlevin.com |
| Diana G. Adams,<br>Acting United States Trustee | Elizabeth Austin, Assistant U.S. Trustee<br>Roberta deAngelis, Acting General Counsel<br>Lisa Lambert, Trial Attorney<br>Office of the U.S. Trustee<br>33 Whitehall, 21st Floor<br>New York, NY 10007<br>(212) 510-0500; Fax (212) 668-3253 |

Respectfully submitted,

DIANA G. ADAMS,
ACTING UNITED STATES TRUSTEE

*Lisa L. Lambert (LLL 4913)*
By: Lisa L. Lambert
Trial Attorney
Office of the United States Trustee
33 Whitehall Place, 21st Floor
New York, NY 10007
(212) 510-0500; Facsimile (212) 668-2255

## Affirmation of Service

I, Lisa L. Lambert, declare under penalty of perjury that:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On July 10, 2006, I served a copy of the United States Trustee's Notice of Appeal by mail on the custodian, the custodian's counsel, the proposed counsel for the committee, counsel for the Garfinkels, and counsel filing notices of appearance -- at the addresses listed on the attached list -- by depositing a copy of this appointment in a sealed envelope, with postage pre-paid, in an official depository of the U.S. Postal Service within the City and State of New York.

Dated: July 10, 2006
New York, New York

/s/ Lisa L. Lambert (LLL4913)
Lisa L. Lambert

Jeff J. Marwil
c/o Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Elise Scherr Frejka
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Email: elise.frejka@dechert.com

Robert M. Novick
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, NY 10019
Email: rnovick@kasowitz.com

Richard A. Kirby
Preston, Gates, Ellis & Rouvelas
1735 New York Ave., Suite 500
Washington, DC 20006-5209

Philip Bentley
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

Lori Lapin Jones
27 Shadow Lane
Great Neck, NY 11021
516-829-0331
lorelij007@aol.com

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
bankruptcy@morrisoncohen.com

George G. Wilder
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
gwilder2@cftc.gov