UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
BAYOU GROUP, LLC, et al.,                                        :    Case No.: 06-22306 (ASH)
                                                                 :
                    Debtors.                                     :    Jointly Administered
                                                                 :
---------------------------------------------------------------- X

**ORDER DENYING MOTION OF THE UNITED STATES
TRUSTEE FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Upon the motion, dated June 20, 2006, (the "Motion") of the United States Trustee for Region 2 seeking the entry of an order appointing a chapter 11 trustee for Bayou Group, LLC and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and the Court having considered the objections of the Debtors and the Official Unsecured Creditors' Committee in opposition to the Motion, the response (the "Garfinkel Response") of Eric and Diane Garfinkel in support of the Motion, and the Debtors' response to the Garfinkel Response; and a hearing (the "Hearing") having been held before this Court on June 29, 2006; and it appearing that proper and adequate notice of the Motion has been given and no other and further notice is necessary; and after due deliberation thereon; and in accordance with Rule 7052(a) of the Federal Rules of Bankruptcy Procedure, the Court having read its findings of fact and conclusions of law into the record at the Hearing; and for the reasons stated on the record at the Hearing, it is hereby

ORDERED, ADJUDGED, AND DECREED that

The Motion is denied in its entirety on the grounds articulated by this Court on the record at the Hearing as recorded in the transcript separately docketed.

Dated:  White Plains, New York
        June 30, 2006

                                            /s/Adlai S. Hardin, Jr.
                                            _____
                                            United States Bankruptcy Judge