U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
33 Whitehall, 21st Floor
New York, NY 10007
(212) 510-0500; Fax (212) 668-3253
Lisa L. Lambert (LLL 4913)

| | | |
|---|---|---|
| IN RE BAYOU GROUP, LLC, etal.. <br><br> Debtor(s). | § § § § § § | On appeal from <br> Case No. 06-22306 (ASH) <br> Chapter 11 |
| DIANA G. ADAMS, <br> ACTING U.S. TRUSTEE, <br> Appellant, <br> v. <br> JEFFREY MARWIL, CUSTODIAN and <br> UNSECURED CREDITORS' COMMITTEE <br> Appellee. | § § § § § § § § § § | Contested matter: <br> United States Trustee's Motion to <br> Appoint a Chapter 11 Trustee |

## UNITED STATES TRUSTEE'S DESIGNATION
## OF ISSUES AND APPELLATE RECORD FOR
## APPEAL OF ORDER DENYING MOTION TO APPOINT A TRUSTEE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

In connection with the appeal of the Order Denying the Motion to Appoint a Trustee *(docket entry 49, entered 06/30/06)*, the United States Trustee for Region 2 designates the following issues and record for appeal:

### United States Trustee's Designation of Issue for Appeal

Did the Bankruptcy Court err when it denied the United States Trustee's Motion to Appoint a Chapter 11 Trustee?

United States Trustee's Appellate Designation – Page 1 of 5

## United States Trustee's Designation of the Appellate Record

In accordance with Federal Rule of Bankruptcy Procedure 8006, the United States Trustee for Region 2 designates the following items for appeal:

| File or Entry Date | Docket Entry | Style or Description |
|---|---|---|
| | Docket sheet | Docket sheet from In re Bayou Group, LLC, Bankr. No. 06-22306 |
| 06/20/2006 | 29 | Motion to Appoint Trustee (Chapter 11 Trustee) filed by Lisa L. Lambert on behalf of United States Trustee. (Lambert, Lisa) (Entered: 06/20/2006) |
| 06/20/2006 | 30 | Motion to Limit Notice and Shorten Objection Period for Motion to Appoint Chapter 11 Trustee filed by Lisa L. Lambert on behalf of United States Trustee. (Lambert, Lisa) (Entered: 06/20/2006) |
| 06/26/2006 | 34 | Order signed on 6/26/2006 Granting Application for Shortened Objection Time and for Shortened Service List for Motion to Appoint a Chapter 11 Trustee. (related document(s)30). Hearing to be held on 6/29/2006 at 10:30 AM at Courtroom 520, White Plains Office (Tavarez, Arturo) (Entered: 06/26/2006) |
| 06/27/2006 | 35 | Memorandum of Law /Memorandum of Law in Opposition to the Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee (related document(s)29) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. (Attachments: # 1 Appendix A - Order# 2 Appendix B - Excerpts from Refco Hearing) (Frejka, Elise) (Entered: 06/27/2006) |
| 06/27/2006 | 36 | Notice of Hearing on Motion to Appoint Trustee (Chapter 11 Trustee) (related document(s)29) filed by Lisa L. Lambert on behalf of United States Trustee. (Lambert, Lisa) (Entered: 06/27/2006) |
| 06/28/2006 | 39 | Objection to Motion / Objection and Memorandum of Law in Opposition to the United States Trustee's Motion to Appoint a Chapter 11 Trustee (related document(s)29) filed by Robert M. Novick on behalf of Official Unsecured Creditors' Committee. (Novick, Robert) (Entered: 06/28/2006) |
| 06/28/2006 | 40 | Declaration of Jonathan J. Fisher in Opposition to the United States Trustee's Motion to Appoint a Chapter 11 Trustee (related document(s)39) filed by Robert M. Novick on behalf of Official Unsecured Creditors' Committee. (Novick, Robert) (Entered: 06/28/2006) |

| | | |
|---|---|---|
| 06/28/2006 | 41 | Response to Motion / Response of Eric and Diane Garfinkel in Support of United States Trustee's Motion to Appoint a Chapter 11 Trustee (related document(s)29) filed by Philip Bentley on behalf of Diane Garfinkel, Eric Garfinkel. with hearing to be held on 6/29/2006 at 10:30 AM at Courtroom 520, White Plains Office (Attachments: # 1 Exhibit A# 2 Exhibit B (Part 1)# 3 Exhibit B (Part 2)# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F) (Bentley, Philip) (Entered: 06/28/2006) |
| 06/28/2006 | 44 | Supplemental Objection to Motion /Supplemental Response Of The Debtors And Debtors-In-Possession In Further Opposition To The Motion Of The United States Trustee To Appoint A Chapter 11 Trustee (related document(s)29) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. (Frejka, Elise) (Entered: 06/28/2006) |
| 06/30/2006 | 49 | Order signed on 6/30/2006 Denying Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee. (Tavarez, Arturo) (Entered: 06/30/2006) |
| | | Transcript of June 29, 2006, Hearing on Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee, including Court's findings of facts and conclusions of law |

Respectfully submitted,
DIANA G. ADAMS,
ACTING UNITED STATES TRUSTEE,
Appellant,

*/s/ Lisa L. Lambert (LLL 4913)*
Lisa L. Lambert
Trial Attorney
Office of the U.S. Trustee
33 Whitehall, 21st Floor
New York, New York 10007
(212) 510-0500; Fax (212) 668-3255

## Affirmation of Service

I, Lisa L. Lambert, declare under penalty of perjury that:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On July 20, 2006, I served a copy of the United States Trustee's Designation by mail on the custodian, the custodian's counsel, the proposed counsel for the committee, counsel for the Garfinkels, and counsel filing notices of appearance -- at the addresses listed on the attached list -- by depositing a copy of this appointment in a sealed envelope, with postage pre-paid, in an official depository of the U.S. Postal Service within the City and State of New York.

Dated: July 20, 2006
       New York, New York

                                        */s/ Lisa L. Lambert (LLL4913)*
                                        Lisa L. Lambert

## Service List for Designation on Appeal

Jeff J. Marwil
c/o Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Email: jmarwil@jenner.com

Elise Scherr Frejka
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Email: elise.frejka@dechert.com

Robert M. Novick
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, NY 10019
Email: rnovick@kasowitz.com

Richard A. Kirby
Preston, Gates, Ellis & Rouvelas
1735 New York Ave., Suite 500
Washington, DC 20006-5209
Email: richardk@prestongates.com

Philip Bentley
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Email: pbentley@kramerlevin.com

Lori Lapin Jones
27 Shadow Lane
Great Neck, NY 11021
516-829-0331
Email: lorelij007@aol.com

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
Email: bankruptcy@morrisoncohen.com

George G. Wilder
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
Email: gwilder2@cftc.gov