United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

*U.S. DISTRICT COURT FILED SEP 12 2006 S.D. OF N.Y. W.P.*

------------------------------------X
Diana Adams,
        Acting U.S. Trustee

               Appellant,
                                              NOTICE OF ASSIGNMENT

          -V-                                 06    cv 6837 (CM)
Jeff Marwill, Receiver for

Bayou Group Official Committee of             ECF CASE
        Unsecured Creditors in
RE: Bayou Group, Bankr. No.
06-22306 (ASH)
               Appellees.
------------------------------------X


     Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

          **COLLEEN MC MAHON AS Related to 06 MDL 1755**

     All future documents submitted in this action shall bear
the assigned judge's initials after the case number.  If this
case is assigned to the Electronic Case Filing (ECF) system,
documents must be submitted electronically, and shall also bear
the notation "ECF CASE" under the docket number.

     The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.


September 12, 2006                      J. Michael McMahon, CLERK


                                        by: *Lorraine Lombardo*
                                            Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE Mark D. Fox


Data Quality Control                              Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD