```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

In re:                                                06 Civ. 6837 (CM) (MDF)

Bayou Group, LLC, et al.,                             <u>CALENDAR NOTICE</u>

      Debtor,

-------------------------------------------------X

    Please take notice that the above captioned matter has been scheduled for:

| ___ Pre-trial Conference | ___ Conference | ✓ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, November 17, 2006 at 9:30 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: October 2, 2006
       White Plains, New York

                                        So Ordered

                                        _____
                                        Colleen McMahon, U.S.D.J