KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                  :    Chapter 11
                                                        :
BAYOU GROUP, LLC, et al.,                               :    Case No. 06-22306 (ASH)
                                                        :
                 Debtors.                               :    Jointly Administered
                                                        :
-------------------------------------------------------------X
DIANA G. ADAMS, ACTING UNITED STATES     :
TRUSTEE,                                                :
                                                        :    **06 Civ. 06837 (CM)**
                 Appellant,                             :
         v.                                             :
                                                        :
JEFF MARWIL, RECEIVER, and OFFICIAL      :
COMMITTEE OF UNSECURED CREDITORS,        :
                                                        :
                 Appellees.                             :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

   Rashaan Russell, being duly sworn, deposes and says:

1.   I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.  My business address is 1633 Broadway, New York, New York 10019.

2.   On October 6, 2006, I caused a true and correct copy of the *Brief and Joinder for Appellee Official Committee of Unsecured Creditors* to be served upon the parties listed on the service list annexed hereto by First Class Mail.

3.     I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
        October 6, 2006

_____
Rashaan Russell

Sworn before me this 6th day of October, 2006

_____
Notary Public

SCOTT H. BERNSTEIN
Notary Public State of New York
No. 02BE6100689
Qualified in Westchester County
Commission Expires 10/27/2007

## SERVICE LIST

Philip Bentley
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Jeff J. Marwil
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611

Lori Lapin Jones
27 Shadow Lane
Great Neck, NY  11021

Elise Scherr Frejka
Dechert, LLP
30 Rockefeller Plaza
New York, NY  10112

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022-4731

George G. Wilder
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC  20581

Lisa L. Lambert
Office of United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Matthew Sutko
United States Department of Justice
Executive Office for United States Trustees
20 Massachusetts Avenue, NW
Washington, DC  20530

Walter W. Theus, Jr.
United States Department of Justice
Executive Office for United States Trustees
20 Massachusetts Avenue, NW
Washington, DC  20530