UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
    BAYOU GROUP, LLC, et al.,                    :     Case No. 06-22306 (ASH)
                                                    :
                                Debtors.                  :     Jointly Administered
                                                    :
------------------------------------------------------------X
DIANA G. ADAMS, ACTING UNITED STATES                :
TRUSTEE,                                            :
                                                    :     06 Civ. 06837 (CM)
                              Appellant,                :
    v.                                              :     **NOTICE OF MOTION FOR**
                                                    :     **ADMISSION PRO HAC**
JEFF MARWIL, RECEIVER, and OFFICIAL                 :     **VICE OF PHILIP M. GUESS**
COMMITTEE OF UNSECURED CREDITORS,                   :
                                                    :
                              Appellees.                :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the accompanying Affidavits of Scott H. Bernstein and Philip M. Guess, and the exhibits annexed thereto, and all prior pleadings in this action, pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the appellee Official Unsecured Creditors' Committee of Bayou Group, LLC, et al., by its undersigned counsel, Kasowitz, Benson, Torres & Friedman LLP, will move this Court, at a time and place to be set by the Court at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York, for entry of an Order allowing the admission of Philip M. Guess to practice pro hac vice to argue or try this case in whole or in part as counsel to the Official Unsecured Creditors' Committee of Bayou Group, LLC, et al.

Dated: New York, New York
November 15, 2006

                        Kasowitz, Benson, Torres & Friedman LLP

                By: _____
                      Joseph A. Gershman (JG-8275)
                      Scott H. Bernstein (SB-8966)
                      1633 Broadway
                      New York, New York 10019
                      212-506-1700

                      Bankruptcy Counsel for the Official
                      Unsecured Creditors' Committee
                      of Bayou Group, LLC, et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                              : Chapter 11
                                                    :
    BAYOU GROUP, LLC, et al.,                     : Case No. 06-22306 (ASH)
                                                    :
                       Debtors.            : Jointly Administered
                                                    :
-----------------------------------------------------------------X
DIANA G. ADAMS, ACTING UNITED STATES                :
TRUSTEE,                                            :
                                                    : 06 Civ. 06837 (CM)
                    Appellant,              :
    v.                                              : **ORDER GRANTING**
                                                    : **MOTION FOR ADMISSION**
JEFF MARWIL, RECEIVER, and OFFICIAL                 : **PRO HAC VICE OF**
COMMITTEE OF UNSECURED CREDITORS,                   : **PHILIP M. GUESS**
                                                    :
                    Appellees.              :
-----------------------------------------------------------------X

       The Court, having duly considered the motion for admission pro hac vice of Philip M. Guess and the Affidavits of Scott H. Bernstein and Philip M. Guess in support thereof, hereby orders that the motion is GRANTED. The admitted attorney, Philip M. Guess, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: November ___, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                            :    Chapter 11
                                                  :
    BAYOU GROUP, LLC, et al.,                  :    Case No. 06-22306 (ASH)
                                                  :
                Debtors.                 :    Jointly Administered
                                                  :
------------------------------------------------------------X
DIANA G. ADAMS, ACTING UNITED STATES              :
TRUSTEE,                                          :
                                                  :    06 Civ. 06837 (CM)
                 Appellant,              :
                                                  :    **AFFIDAVIT OF PHILIP**
    v.                                          :    **M. GUESS IN SUPPORT**
                                                  :    **OF MOTION FOR ADMISSION**
JEFF MARWIL, RECEIVER, and OFFICIAL               :    **PRO HAC VICE**
COMMITTEE OF UNSECURED CREDITORS,                 :
                                                  :
                 Appellees.              :
------------------------------------------------------------X

       Philip M. Guess, being duly sworn, deposes and says as follows:

       1. I am an attorney with the law firm of Preston Gates & Ellis, LLP. I work in that firm's Seattle, Washington office, located at 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158.

       2. I make this affidavit in support of the motion for my admission to practice pro hac vice in the above-captioned matter.

       3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of Washington and California.

       4. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Philip M. Guess

Sworn to before me this 15 day of November, 2006

_____
Leah M. Tarabochia
Notary Public in and for the State of
Washington, residing at Seattle, WA
My Commission expires: 2-9-10

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 16, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP MOSBY GUESS, #168133 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1993; that from the date of admission to February 8, 2000, he was an ACTIVE member of the State Bar of California; that on February 8, 2000, he transferred at his request to the INACTIVE status as of January 1, 2000; that from that date to April 19, 2000, he was an INACTIVE member of the State Bar of California; that on April 19, 2000, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

# STATUS CERTIFICATE

This certifies that

# PHILIP MOSBY GUESS

was admitted to the Bar of the State of Washington on May 27, 1997, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of October 18, 2006.

*M. Janice Michels*

M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA