**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
|     BAYOU GROUP, LLC, <u>et al</u>., | Case No. 06-22306 (ASH) |
|                         Debtors. | Jointly Administered |

-----------------------------------------------------------X

DIANA G. ADAMS, ACTING UNITED STATES
TRUSTEE,

                            Appellant,              **06 Civ. 06837 (CM)**

      v.

JEFF MARWIL, RECEIVER, and OFFICIAL       **AFFIDAVIT OF SCOTT H.**
COMMITTEE OF UNSECURED CREDITORS,   **BERNSTEIN IN SUPPORT**
                                    **OF MOTION FOR**
              Appellees.           **ADMISSION PRO HAC VICE**
                                    <u>**OF PHILIP M. GUESS**</u>

-----------------------------------------------------------X

STATE OF NEW YORK    )
                            ) SS
COUNTY OF NEW YORK  )

      SCOTT H. BERNSTEIN, being duly sworn, deposes and says:

      1.     I am associated with the law firm of Kasowitz, Benson, Torres & Friedman LLP

("KBTF"), attorneys for the appellee Official Committee of Unsecured Creditors in the above-

captioned action.

      2.     I submit this affidavit in support of appellee's motion for an order admitting Philip

M. Guess to practice <u>pro hac vice</u> before this Court as co-counsel for appellee Official

Committee of Unsecured Creditors in the above-captioned action.

      3.     I am an attorney duly admitted to practice law in the Southern District of New

York, and a member in good standing of the Bar of the Southern District of New York. I was

admitted to practice law in the Southern District of New York in February 2003.

4.      Philip M. Guess is a partner at the law firm of Preston Gates & Ellis, LLP, which maintains an office for the practice of law at 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158.

5.      Philip M. Guess is a member in good standing of the Bars of the State of California, the State of Washington, the United States District Court for the Northern District of California, the United States District Court for the District of Washington, and the United States Court of Appeals for the Ninth Circuit.

6.      There are no pending disciplinary proceedings against Mr. Guess in any State or Federal court.

7.      I respectfully request that Court grant this motion so that Mr. Guess may practice before this Court with respect to all matters and proceedings in the above-captioned action.

_____
Scott H. Bernstein

Sworn to before me this 15th day of November, 2006

_____
Notary Public

LANA RAFAILOVA
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 20__