```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
    BAYOU GROUP, LLC, et al.,              :    Case No. 06-22306 (ASH)
                                                    :
                      Debtors.     :    Jointly Administered
                                                    :
------------------------------------------------------------X
DIANA G. ADAMS, ACTING UNITED STATES                :
TRUSTEE,                                            :
                                                    :    06 Civ. 06837 (CM)
                      Appellant,   :
    v.                                            :    ORDER GRANTING
                                                    :    MOTION FOR ADMISSION
JEFF MARWIL, RECEIVER, and OFFICIAL                 :    PRO HAC VICE OF
COMMITTEE OF UNSECURED CREDITORS,                   :    **PHILIP M. GUESS**
                                                    :
                      Appellees.   :
------------------------------------------------------------X

        The Court, having duly considered the motion for admission pro hac vice of Philip M. Guess and the Affidavits of Scott H. Bernstein and Philip M. Guess in support thereof, hereby orders that the motion is GRANTED. The admitted attorney, Philip M. Guess, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: November 16, 2006

                                                                                 _____
                                                                                 UNITED STATES DISTRICT COURT JUDGE