KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Philip M. Guess (*Pro Hac Vice*)
1735 New York Avenue NW, Suite 500
Washington, DC  20006-5221
Telephone:  (202) 628-1700
Facsimile:  (202) 331-1024

Litigation Counsel for the Official
Unsecured Creditors' Committee

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | (Chapter 11) |
| | : | |
| BAYOU GROUP, LLC, et al. | : | Case No. 06-22306 (ASH) |
| | : | |
| Debtors, | : | Jointly Administered |
| | : | |

------------------------------------------------------------X

| | | |
|---|---|---|
| DIANA G. ADAMS, ACTING UNITED STATES TRUSTEE, | : | |
| | : | 06 Civ. 06837 (CM) |
| Appellant, | : | |
| v. | : | |
| JEFF MARWIL, RECEIVER and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | |
| | : | |
| Appellees. | : | |

------------------------------------------------------------X

**NOTICE OF SUBSTITUTION OF
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO:          **The Clerk of the Court**

AND TO:   All Parties of Record

2

Please take notice that, effective January 1, 2007, the law firms of Preston Gates Ellis & Rouvelas Meeds LLP and of Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP.  Accordingly, Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby substitutes for Preston Gates Ellis & Rouvelas Meeds LLP as counsel for Official Unsecured Creditors' Committee of Bayou Group, LLC.  Except as to the foregoing, there is no change in the address or in the attorney(s) assigned to handle the matter.

Dated:  January 9, 2007

             KIRKPATRICK & LOCKHART
             PRESTON GATES ELLIS LLP

             By:  s/ Philip M. Guess
              Philip M. Guess (*Pro Hac Vice*)
              Richard A. Kirby
              1735 New York Avenue NW, Suite 500
              Washington, DC  20006-5221
              (202) 628-1700

             Litigation Counsel to the Official Unsecured
             Creditors' Committee of Bayou Group, LLC

## **CERTIFICATE OF SERVICE**

I, PHILIP M. GUESS, hereby certify that I am not a party to this action, am over 18 years of age and reside in King County, Washington. On the 18th day of December, 2006, I caused a true and correct copy of the foregoing Notice to be served by mail upon the following:

Office of U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

H. Jeffrey Schwartz
Dechert LLP
30 Rockefeller Plaza
New York, NY  10112-2200
Attorneys for Debtors and Debtors-In-Possession

Jeff J. Marwil
Jenner & Block
One IBM Plaza, Suite 4200
330 N. Wabash Ave.
Chicago, IL  60611-3586
Receiver

Joseph A. Gershman, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Bankruptcy Counsel for Official Unsecured Creditors' Committee

/s/ Philip M. Guess
Philip M. Guess, *pro hac vice*

K:\55899\99999\PMG\PMG_P226Y