FEB - 8 2007

S.D. OF N.Y.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In Re:
**BAYOU GROUP, et al.,**

**Bankruptcy Court Case No.
06-22306 (ASH)**

**Debtors,**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**DIANA G. ADAMS, ACTING UNITED STATES
TRUSTEE,**

**06 CV 06837 (CM)
JUDGMENT**

**Appellant,**

-against-

**RECEIVER JEFF J. MARWILL,** *for the Bayou
Group Official Committee of Unsecured Creditors,*
**and OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, and BAYOU
GROUP, et al.**

**Appellees,**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    Whereas the above entitled action having been assigned to the Honorable Colleen
McMahon, U.S.D.J., and the Court thereafter on February 2, 2007, having handed down a
DECISION AND ORDER AFFIRMING THE BANKRUPTCY COURT'S DENIAL OF THE
UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE (docket
#16) affirming the United States Bankruptcy Court's denial of the United States Trustee's motion
to appoint a Chapter 11 trustee, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the United States Bankruptcy
Court's denial of the United States Trustee's motion to appoint a Chapter 11 trustee is affirmed
by this Court, the case is hereby closed.

**DATED: White Plains, N.Y.**
        **February 7, 2007**

*J. Michael McMahon*

**J. Michael McMahon
Clerk Of Court**

USDC SDNY WP

FEB 08 2007

MICROFILM

DOCKETED AS
A JUDGMENT
ON