DIANA G. ADAMS,
ACTING U.S. TRUSTEE
33 Whitehall St., 21st Floor
New York, New York 10007
(212) 510-0500; Fax (212) 668-2255
Walt Theus, Trial Attorney
Lisa L. Lambert, Assistant U.S. Trustee

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
THE SOUTHERN DISTRICT OF NEW YORK

——————————————————————x
In re:
BAYOU GROUP, L.L.C., et al.,
Debtors.                                                    06-Civ-6837 (CM)
——————————————————————x
——————————————————————x
DIANA G. ADAMS,
ACTING UNITED STATES TRUSTEE,                    On Appeal from the
Appellant,                                                   United States Bankruptcy
                                                             Court for the Southern
-against-                                                     District of New York

JEFF J. MARWIL, RECEIVER, and                      Bankr. No. 06-22306  (ASH)
OFFICIAL COMMITTEE OF
UNSECURED CREDITORS,
Appellees.
——————————————————————x

## UNITED STATES TRUSTEE'S NOTICE OF APPEAL

Notice is hereby given that under 28 U.S.C. § 158(d), the United States Trustee, the appellant in

the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from

the Decision and Order Affirming the Bankruptcy Court's Denial of the United States Trustee's Motion

to Appoint Chapter 11 Trustee. ECF Doc. No. 16, entered February 6, 2007; Clerk's Entry of Judgment,

ECF Doc. No. 17, entered February 6, 2007; Fed. R. App. P. 4(a)(1)(B), 6.

The names of the parties to the Decision and Order Affirming the Bankruptcy Court's Denial of

the United States Trustee's Motion to Appoint Chapter 11 Trustee and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|

Jeff J. Marwil, Custodian
c/o Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
(312) 558-3714
Email: jmarwil@winston.com

(While this appeal was pending
at the district court level, Mr. Marwil
left Jenner & Block, LLP and joined
Winston & Strawn, LLP)

Elise Scherr Frejka
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 649-8734; Fax (212)314-0014
Email: elise.frejka@dechert.com

*And*

Tracy L. Klestadt
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314
(212) 972-3000; Fax : (212) 972-2245
Email: tklestadt@klestadt.com

(Conflicts Counsel)

Unsecured Creditors Committee
- Silver Creek Capital Management
- Bermuda Fund, LLC
- Regent University
- Woodland Partners, LLC
- John Williams

Robert M. Novick
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, NY 10019
(212) 506-1700; Fax (212) 506-1800
Email: rnovick@kasowitz.com

*And*

Richard A. Kirby
Kirpatrick & Lockhart Preston Gates Ellis, LLP
1735 New York Ave., Suite 500
Washington, DC  20006-5209
(202) 661-3750; Fax (202) 331-1024
Email: richard.kirby@klgates.com

Eric and Diane Garfinkel

Philip Bentley
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100; Fax: (212) 715-8000
Email: pbentley@kramerlevin.com

Diana G. Adams,                          Roberta deAngelis, Acting General Counsel
Acting United States Trustee             Walter W. Theus, Jr., Trial Attorney
                                         Lisa L. Lambert, Assistant U.S. Trustee
                                         Office of the U.S. Trustee
                                         33 Whitehall, 21st Floor
                                         New York, NY 10007
                                         Email: Lisa.L.Lambert@usdoj.gov
                                         (212) 510-0500; Fax (212) 668-3253



                              Respectfully submitted,

                              DIANA G. ADAMS,
                              ACTING UNITED STATES TRUSTEE

                              *Lisa L. Lambert (LLL 4913)*
                    By:       Lisa L. Lambert
                              Assistant U.S. Trustee
                              271 Cadman Plaza East, Suite 4529
                              Brooklyn, New York 11201
                              (718) 422-4960; Facsimile (718) 422-4990
                              Lisa.L.Lambert@usdoj.gov

**Affirmation of Service**

I, Lisa L. Lambert, declare under penalty of perjury that:

1.      I am an Assistant U.S. Trustee with the Office of the United States Trustee for the Eastern

District of New York and authorized to handle this case on behalf of the Southern District of New York.

2.      On April 6, 2007, I served a copy of the United States Trustee's Notice of Appeal by mail on

the custodian, the custodian's counsel, the proposed counsel for the committee, counsel for the

Garfinkels, and counsel filing notices of appearance -- at the addresses listed on the attached list -- by

depositing a copy of this notice of appeal in a sealed envelope, with postage pre-paid, in an official

depository of the U.S. Postal Service within the City and State of New York.

Dated:  April 6, 2007
        New York, New York

                                        */s/ Lisa L. Lambert (LLL4913)*
                                        Lisa L. Lambert

Jeff J. Marwil
c/o Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
(312) 558-3714
Email: jmarwil@winston.com

Elise Scherr Frejka
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Email: elise.frejka@dechert.com

Tracy L. Klestadt
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314
Email: tklestadt@klestadt.com

Robert M. Novick
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, NY 10019
Email: rnovick@kasowitz.com

Richard A. Kirby
Preston, Gates, Ellis & Rouvelas
1735 New York Ave., Suite 500
Washington, DC  20006-5209
Email: richard.kirby@klgates.com

Philip Bentley
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

Lori Lapin Jones
27 Shadow Lane
Great Neck, NY 11021
lorelij007@aol.com

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
bankruptcy@morrisoncohen.com

George G. Wilder
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
gwilder2@cftc.gov