FILED U.S. DC
APR 06 2007
S.D. OF N.Y.

DIANA G. ADAMS,
ACTING U.S. TRUSTEE
33 Whitehall St., 21st Floor
New York, New York 10007
(212) 510-0500; Fax (212) 668-2255
Walt Theus, Trial Attorney
Lisa L. Lambert, Assistant U.S. Trustee

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
THE SOUTHERN DISTRICT OF NEW YORK
_____x
In re:
BAYOU GROUP, L.L.C., et al.,
Debtors.                                            06-Civ-6837 (CM)
_____x
_____x
DIANA G. ADAMS,
ACTING UNITED STATES TRUSTEE,           On Appeal from the
Appellant,                              United States Bankruptcy
                                        Court for the Southern
-against-                               District of New York

JEFF J. MARWIL, RECEIVER, and           Bankr. No. 06-22306 (ASH)
OFFICIAL COMMITTEE OF
UNSECURED CREDITORS,
Appellees.
_____x

## UNITED STATES TRUSTEE'S NOTICE OF APPEAL

Notice is hereby given that under 28 U.S.C. § 158(d), the United States Trustee, the appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order Affirming the Bankruptcy Court's Denial of the United States Trustee's Motion to Appoint Chapter 11 Trustee. ECF Doc. No. 16, entered February 6, 2007; Clerk's Entry of Judgment, ECF Doc. No. 17, entered February 6, 2007; Fed. R. App. P. 4(a)(1)(B), 6.

The names of the parties to the Decision and Order Affirming the Bankruptcy Court's Denial of the United States Trustee's Motion to Appoint Chapter 11 Trustee and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| Jeff J. Marwil, Custodian<br>c/o Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-3714<br>Email: jmarwil@winston.com<br><br>(While this appeal was pending at the district court level, Mr. Marwil left Jenner & Block, LLP and joined Winston & Strawn, LLP) | Elise Scherr Frejka<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 649-8734; Fax (212)314-0014<br>Email: elise.frejka@dechert.com<br><br>*And*<br><br>Tracy L. Klestadt<br>Klestadt & Winters, LLP<br>292 Madison Avenue<br>17th Floor<br>New York, NY 10017-6314<br>(212) 972-3000; Fax : (212) 972-2245<br>Email: tklestadt@klestadt.com<br><br>(Conflicts Counsel) |
| Unsecured Creditors Committee<br>• Silver Creek Capital Management<br>• Bermuda Fund, LLC<br>• Regent University<br>• Woodland Partners, LLC<br>• John Williams | Robert M. Novick<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway, 21st Floor<br>New York, NY 10019<br>(212) 506-1700; Fax (212) 506-1800<br>Email: rnovick@kasowitz.com<br><br>*And*<br><br>Richard A. Kirby<br>Kirpatrick & Lockhart Preston Gates Ellis, LLP<br>1735 New York Ave., Suite 500<br>Washington, DC 20006-5209<br>(202) 661-3750; Fax (202) 331-1024<br>Email: richard.kirby@klgates.com |
| Eric and Diane Garfinkel | Philip Bentley<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100; Fax: (212) 715-8000<br>Email: pbentley@kramerlevin.com |

| | |
|---|---|
| Diana G. Adams,<br>Acting United States Trustee | Roberta deAngelis, Acting General Counsel<br>Walter W. Theus, Jr., Trial Attorney<br>Lisa L. Lambert, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>33 Whitehall, 21st Floor<br>New York, NY 10007<br>Email: Lisa.L.Lambert@usdoj.gov<br>(212) 510-0500; Fax (212) 668-3253 |

Respectfully submitted,

DIANA G. ADAMS,
ACTING UNITED STATES TRUSTEE

*Lisa L. Lambert (LLL 4913)*

By:   Lisa L. Lambert
Assistant U.S. Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201
(718) 422-4960; Facsimile (718) 422-4990
Lisa.L.Lambert@usdoj.gov

**Affirmation of Service**

I, Lisa L. Lambert, declare under penalty of perjury that:

1. I am an Assistant U.S. Trustee with the Office of the United States Trustee for the Eastern District of New York and authorized to handle this case on behalf of the Southern District of New York.

2. On April 6, 2007, I served a copy of the United States Trustee's Notice of Appeal by mail on the custodian, the custodian's counsel, the proposed counsel for the committee, counsel for the Garfinkels, and counsel filing notices of appearance -- at the addresses listed on the attached list -- by depositing a copy of this notice of appeal in a sealed envelope, with postage pre-paid, in an official depository of the U.S. Postal Service within the City and State of New York.

Dated: April 6, 2007
New York, New York

/s/ Lisa L. Lambert (LLL4913)
Lisa L. Lambert

Jeff J. Marwil
c/o Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
(312) 558-3714
Email: jmarwil@winston.com

Elise Scherr Frejka
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Email: elise.frejka@dechert.com

Tracy L. Klestadt
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314
Email: tklestadt@klestadt.com

Robert M. Novick
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, NY 10019
Email: rnovick@kasowitz.com

Richard A. Kirby
Preston, Gates, Ellis & Rouvelas
1735 New York Ave., Suite 500
Washington, DC  20006-5209
Email: richard.kirby@klgates.com

Philip Bentley
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

Lori Lapin Jones
27 Shadow Lane
Great Neck, NY 11021
lorelij007@aol.com

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
bankruptcy@morrisoncohen.com

George G. Wilder
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
gwilder2@cftc.gov